STATE of Missouri, Respondent,

v.

**Jesse CHISM, Appellant.**

**No. WD 41767.**

Missouri Court of Appeals, Western District.

June 11, 1991.

J. Bryan Allee, Columbia, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before NUGENT, P.J., KENNEDY and GAITAN, JJ., and WASSERSTROM, Senior Judge.

### ORDER

PER CURIAM:

Defendant was convicted after a jury trial of first degree assault and was sentenced to fifteen years imprisonment. Thereafter, he filed a motion to set aside the judgment under Rule 29.15, and that motion was denied after an evidentiary hearing. Defendant appeals both judgments. Those appeals have been consolidated by order of this court.

Both judgments are affirmed. Rules 30.-25(b) and 84.16(b).

**Robert FROESEL, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 43525.**

Missouri Court of Appeals, Western District.

June 11, 1991.

James M. Martin, St. Louis, for appellant.

Cinda J. Eichler, Asst. Pros. Atty., Fulton, for respondent.

Before LOWENSTEIN, J., Presiding, and TURNAGE and FENNER, JJ.

### ORDER

PER CURIAM:

Appeal from conviction for driving while intoxicated under § 577.010, RSMo 1986 and speeding under § 304.010, RSMo 1986.

Affirmed.